IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN KRSULIC,

    Petitioners,                   Misc. S-06-0071 MCE GGH PS

    vs.

ALAN KEENE, et al.,

    Respondents.               ORDER

/

        Petitioner is proceeding pro se with a petition to quash IRS summons issued to third party Placer Sierra Bank. The record indicates that the petition has not been served. For the sake of efficiency, the Clerk of the Court will be directed to serve all respondents with the petition on behalf of petitioner.

        Accordingly, IT IS ORDERED that:

        1. The Clerk of the Court is directed to serve the petition on all respondents; and

        2. After service, petitioner shall set his petition for hearing on this court's law and motion calendar, with notice to respondents.

DATED: 9/6/06                   /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Krsulic0071.srv.wpd