IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN KRSULIC,

    Petitioner,                                           MISC. NO. S-06-0071 MCE GGH

    vs.

ALAN KEENE, IRS Revenue Agent, et al.,

    Respondents.                                  ORDER

        Petitioner's motion to quash IRS summons and the government's counterclaim to enforce it are calendared for hearing on January 4, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. January 4, 2007 hearing on the motion to quash IRS summons and counterclaim to enforce it, filed June 26, 2006, and November 14, 2006, is vacated; and

2. The matters are submitted on the record.

DATED: 1/3/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Krsulic0071.vac.wpd