IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN KRSULIC,                              No. 06-MC-00071 MCE GGH

        Petitioner,

   v.                                      ORDER

ALAN KEENE, IRS Revenue Agent, et al.,

        Defendant.
_____/

On April 2, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1

1  The Court has reviewed the applicable legal standards and,
2 good cause appearing, concludes that it is appropriate to adopt
3 the Findings and Recommendations in full.
4  Accordingly, IT IS ORDERED that:
5  1.  The Findings and Recommendations filed April 2, 2007,
6 are ADOPTED; and
7  2.  The petition to quash IRS summons filed by Steven
8 Krsulic on June 26, 2006, is DENIED, the United States' petition
9 for enforcement of the IRS summons at issue in this case, filed
10 November 14, 2006, is GRANTED, and the summons is enforced.

Dated:   June 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2